John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanning@foothill.net

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-10-0258 FCD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXTENDING TIME TO |
| v. ) | POST PROPERTY BOND |
| ) | |
| RIMOUN MANSOUR, ) | |
| ) | Judge:  Hon. Gregory G. |
| Defendant. ) |         Hollows |
| _____) | |
| ) | |

    For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued from August 30, 2010, to September 13, 2010.

IT IS SO ORDERED.

Dated: September 2, 2010        /s/ Gregory G. Hollows
                                           _____
                                           Hon. Gregory G. Hollows
                                           US Magistrate Judge

mansour.eot

1