JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-10-258 JAM |
| Plaintiff, | ) |
| | ) APPLICATION AND ORDER |
| v. | ) EXONERATING BOND |
| RIMOUN MANSOUR, | ) |
| Defendants. | ) |

On August 12, 2010, Mr. Mansour, a defendant in the above captioned case, was released on a $100,000.00 appearance bond secured by a deed of trust. On February 12, 2013, Mr. Mansour was sentenced to twenty-four months custody and his case was closed.  Accordingly, the Surety for the defendant's appearance bond is entitled to the release of the home title, and it is respectfully requests this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: July 6, 2022                                                                /s/ John R. Manning
                                                                                                Attorney for Defendant
                                                                                                Rimoun Mansour

///

1

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE